NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MELISSA LARSON,**
*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

_____

2024-1185

_____

Appeal from the United States Court of Federal Claims in No. 1:16-vv-00633-AOB, Judge Armando O. Bonilla.

_____

**JUDGMENT**

_____

JOHN FRANCIS MCHUGH, New York, NY, argued for petitioner-appellant.

ALEC SAXE, Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by C. SALVATORE D'ALESSIO, LARA A. ENGLUND, HEATHER LYNN PEARLMAN, YAAKOV ROTH.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2025
Date

Jarrett B. Perlow
Clerk of Court